UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

Scott W. Veale, et al.

  v.                Civil Action No. 12-1439

Robert T. Furness, et al.

**MOTION FOR SUMMARY DISPOSITION**

  Animal Medical Center, a defendant/appellee in the above matter, hereby moves, pursuant to Local Rule 27.0(c), for summary disposition, on the following grounds:

  1. As set forth in the attached Memorandum Order granting the defendants' motions to dismiss, this action arises from a claim that the defendants committed malpractice that resulted in the death of the plaintiffs' dog, Elsie.

  2. The plaintiffs premised federal question jurisdiction on claims for conspiracy to interfere with their civil rights in violation of 42 U.S.C. §1985(3), and violation of the Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. §1961 *et seq*.

  3. The district court determined, having assumed the truthfulness of the material allegations of the complaint, and construing them in favor of the plaintiffs, that the plaintiffs "do not plausibly allege that defendants' conspiracy was motivated by any racial or otherwise class-based animus." Memorandum Order at 9.

  4. Likewise, with respect to the RICO claim, the district court determined that the complaint did not allege "racketeering activity," the court being "at a loss to see how the actions alleged in the complaint could plausibly constitute a single instance of

racketeering activity, let alone make out a pattern of such activity." Memorandum Order at 10.

5.     The plaintiffs' remaining claims were premised upon state law, and the district court exercised its discretion to decline to exercise supplemental jurisdiction over them under 28 U.S.C. §1367(a).

6.     It does not require any elaboration to demonstrate that it "clearly appear[s] that no substantial question is presented." Accordingly, this appeal can and should be dismissed pursuant to Local Rule 27.0(c).

Respectfully submitted,

**ANIMAL MEDICAL CENTER**,

By its Attorneys,

**UPTON & HATFIELD, LLP**

Dated: July 9, 2011          By:     __/s/ Russell F. Hilliard_____
                                     Russell F. Hilliard
                                     1st Circuit Court of Appeals #14103
                                     159 Middle Street
                                     Portsmouth, NH 03801
                                     (603) 436-7046
                                     rhilliard@upton-hatfield.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was this day electronically served through ECF on the following:

Michael P. Johnson, Esq.
Mark E. Howard, Esq.
Mark A. Darling, Esq.
James D. Gleason, Esq.

2

Alan D. Rose, Esq.
Ralph Suozzo, Esq.
Jonathan Michael Shirley, Esq.
Lisa A. Tenerowicz, Esq.
Michael Magerer, Esq.
Wilfred J. Desmarais, Esq.
Richard Loftus, Esq.
John L. Kerr, Esq.


and by First Class, Postage Prepaid, US Mail on the following:


 Jay M. Niederman, Esq.
Niederman, Stanzel & Lindsey
55 West Webster Street
Manchester, NH 03104

Molly J. Brown, Esq.
Boyle, Shaughnessy & Campo PC
650 Elm St; Suite 303
Manchester, NH 03101

Scott W. Veale
P.O. Box 1886
Hillsborough, NH 03244

David T. Veale
PO Box 1482
Brattleboro, VT 05302


  /s/ Russell F. Hilliard
Russell F. Hilliard, Esq.

3

G:\RFH\CLIENTS Active\Animal Medical Center of NE advs Veale\1st Circuit Ct of Appeals Pleadings\Mot for Summ Disposition.doc