UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

Scott W. Veale, et al.

     v.                                           Civil Action No. 12-1439

Robert T. Furness, et al.

### REPLY TO APPELLANTS'
### OBJECTION TO MOTION FOR SUMMARY DISPOSITION

     Animal Medical Center ("AMC"), a defendant/appellee in the above matter, hereby replies to the appellants' objection to motion for summary disposition as follows:

     1.     AMC moved for summary disposition pursuant to Local Rule 27.0(c) on July 9, 2012; and the appellants submitted an objection to the motion on August 13, 2012. Since that time, the appellants have requested, and received, several extensions of the briefing schedule pending disposition of the motion.

     3.     By way of reply[1] to the objection, and in further support of the motion for summary disposition, AMC notes the following:

     a.     With respect to ¶1 of the appellants' objection, the only federal claims asserted in the amended complaint were conspiracy to interfere with civil rights in violation of 42 U.S.C. §1985(3) and violation of the Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C §1961 *et seq.*; the other cases and theories reflected in the objection are immaterial to the disposition of this matter.

     b.     With respect to ¶2 of the appellants' objection, neither the amended complaint nor any other pleadings raised an issue of judicial bias, and

---

[1] AMC recognizes the provision in FRAP 27(a)(4) requiring a reply within seven (7) days, but makes this filing nonetheless in view of the numerous extensions of the briefing schedule.

1

accordingly this is not a ground to be reviewed on appeal.

  c. With respect to ¶3 of the objection, the appellants have merely recited the bases upon which the district court dismissed the federal claim.

  d. With respect to ¶4 of the objection, there is no substantial question presented by the district court's exercise of discretion to decline supplemental jurisdiction over state claims.

  e. With respect to ¶5 of the objection, all of the referenced procedural rulings are discretionary, thus presenting no substantial question, even if properly preserved for appellant review.

  f. With respect to ¶6 of the objection, the appellant has presented no further justification for opposing the motion for summary disposition.

  4. For these reasons, and those set forth in the motion, it is ripe for disposition, and this appeal can and should be dismissed pursuant to Local Rule 27.0(c).

Respectfully submitted,

**ANIMAL MEDICAL CENTER**,

By its Attorneys,

**UPTON & HATFIELD, LLP**

Dated: December 4, 2012  By: __/s/ Russell F. Hilliard_____
           Russell F. Hilliard
          1st Circuit Court of Appeals #14103
          159 Middle Street
          Portsmouth, NH 03801
          (603) 436-7046
          rhilliard@uptonhatfield.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was this day electronically served through ECF on the following:

Michael P. Johnson, Esq.
Mark E. Howard, Esq.
Mark A. Darling, Esq.
James D. Gleason, Esq.
Alan D. Rose, Esq.
Ralph Suozzo, Esq.
Jonathan Michael Shirley, Esq.
Lisa A. Tenerowicz, Esq.
Michael Magerer, Esq.
Wilfred J. Desmarais, Esq.
Richard Loftus, Esq.
John L. Kerr, Esq.
Jay M. Niederman, Esq.
Molly J. Brown, Esq.


and by First Class, Postage Prepaid, US Mail on the following:


Scott W. Veale
P.O. Box 1886
Hillsborough, NH 03244


                __/s/ Russell F. Hilliard_____
                Russell F. Hilliard, Esq.