**United States Court of Appeals**

**For the First Circuit**

No. 12-1439         In Re:  David T. Veale, et al., Appellants,

v.

Robert T. Furness, et al., Appellees.

2013 JAN -7 P 2: 31

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

**Motion to Extend Briefing Schedule**

**Now Comes,** *pro se* Appellant, Scott Veale, and respectfully request the Honorable Court enter an order extending the time to file appellants' brief in this case pending resolution by the Court on the pending Motion for Summary Disposition, and in support thereof appellant states;

1. Appellant is currently representing himself *pro se* at this time due to financial and economic hardships beyond his control and was granted until January 7, 2013 to hire counsel and/or other assistance to help prepare and file his brief after the Court rules on the pending Defendants' motion for summary disposition filed in this case.
2. The Appellant has one attorney and a printing company awaiting the Courts' decision on Defendants' motion before being retained, and since the Court has not ruled on the defendants' motion yet, appellant will need an additional 30 days to allow the Court to rule on said motion in order to hire assistance in the preparation of his brief for filing with the Court – in order to avoid any unnecessary additional costs and expenses.
3. In addition, appellant David T. Veale passed away on Wednesday, October 17, 2012 in Concord, NH and appellant is experiencing difficult times at this time as of a result, and appellant has not been able to prepare and file a *pro se* brief in his behalf as a result.
4. For these reasons, appellant respectfully request the Honorable Court grant an additional 30-day extension of time until a date after the Court rules on the defendants' motion for summary disposition to include February 11, 2013 for time to prepare and file his brief.
5. This is appellants' fifth request for an extension of time to file his brief for these reasons and all other defense counsels of record were notified on January 3, 2013 and either did not respond, or do not take any position, and/or do not object to the granting of this motion at this time for these reasons, except:  VESCONE

**Wherefore,** Appellant respectfully requests the Honorable Court grant an additional 30-day extension of time to include February 11, 2013 to file his brief in this case after the Court rules on the defendants' pending motion for summary disposition and for the above reasons, and grant such other and further relief as the Court deems equitable and just.

January 3, 2013         *Scott Veale*         Respectfully submitted,

Scott W. Veale, Pro se P.O. Box, 1886, Hillsboro, NH 03244.

I hereby certify a copy of the foregoing Motion for Extension of Time was mailed on this date, postage prepaid, to all defense counsels of record.   Scott Veale   *Scott Veale*

1



USMS SCREENED

Office of the Clerk
United States Court of Appeals
John Joseph Moakley U.S. Courthouse
1 Courthouse Way - Suite 2500
Boston, MA 02210

02210030302499

Scott W. Veale
PO Box 1886,
Hillsboro, NH
03144-1886

MANCHESTER NH 030
03 JAN 2015 PM 2 L

USA39

3c USA

3c USA

3c USA