UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

David T. Veale, (Deceased)                    )
Scott W. Veale,                               )
Elsie Veale, (Deceased Canine)                )
     A,B,C Plaintiffs,                    )
v.                                            )          Case No. 12-1439
                                     )
Dr. Robert T. Furness, DVM, et al.            )

### VETERINARY EMERGENCY & SPECIALTY CENTER OF NEW ENGLAND'S RESPONSE AND PARTIAL OPPOSITION TO APPELLANT'S SEVENTH MOTION TO EXTEND BRIEFING SCHEDULE

The Veterinary Emergency & Specialty Center of New England ("VESCONE") hereby submits its Response and Partial Opposition to Appellant's seventh Motion to Extend Briefing Schedule. Mr. Veale has failed to establish the requisite good cause to support a seventh extension of the deadline to file his brief. In support thereof, VESCONE states:

I.    **Procedural History**

1. The Appellant, Scott W. Veale[1], originally filed his Notice of Appeal on March 29, 2012. This Court set the briefing schedule on May 4, 2012, ordering Mr. Veale to file his brief by June 13, 2012. This Order further informed all parties that "extensions of time are not normally allowed without timely motion for good cause shown."

2. On June 8, 2012, the Court docketed Mr. Veale's first Motion to Extend Briefing Schedule. That same day, this Court granted the Motion and ordered Mr. Veale to file his brief on July 13, 2012.

---

[1] The original action named a deceased canine, Elsie, and David T. Veale as plaintiffs. As David Veale has since passed away, this Opposition refers to the Appellant as a singular party, Scott W. Veale.

3. On July 9, 2012, Appellee Animal Medical Center filed a Motion for Summary Disposition pursuant to First Circuit Local Rule 27.0(c). That same day, Mr. Veale's second Motion to Extend Briefing Schedule was docketed.

4. On July 10, 2012, the Court granted Mr. Veale's second Motion to Extend Briefing Schedule. The Court further stated that Mr. Veale's brief was now due on August 13, 2012, and further stated that the Court was "disinclined to grant a request for further enlargement of this deadline."

5. On July 25, 2012, the Court docketed Mr. Veale's motion to extend the deadline to respond to the Motion for Summary Disposition to August 13, 2012.  This request was granted on August 1, 2012, and this Court again informed Mr. Veale that "[t]he Court is disinclined to grant a request for further enlargement of this deadline."

6. On August 13, 2012, the Court docketed Mr. Veale's third Motion to Extend Briefing Schedule, dated August 9, 2012.  This motion indicated that Mr. Veale would wait until the Court has ruled on the Motion for Summary Disposition before filing his brief. Mr. Veale's Motion to Extend Briefing Schedule of August 9, 2012 at ¶¶ 2-3.

7. On August 14, 2012, the Court granted Mr. Veale's third Motion to Extend Briefing Schedule, setting the deadline for Mr. Veale to file his brief as September 24, 2012. The Court did not condition this deadline upon a ruling on the Motion for Summary Disposition.

8. On August 15, the Court docketed the Mr. Veale's Response to the Motion for Summary Disposition, dated August 13, 2012.

9. On September 21, 2012, the Court docketed Mr. Veale's fourth Motion to Extend Briefing Schedule, dated September 19, 2012. This Motion again indicated Mr. Veale would not file his Brief until after the Court ruled on the Motion for Summary Disposition. Mr. Veale's Motion to Extend Briefing Schedule of September 19, 2012 at ¶¶ 1-3.

10. On September 21, 2012, the Court granted the Mr. Veale's fourth Motion to Extend Briefing Schedule, setting the new deadline for Mr. Veale's brief as October 29, 2012. Once again, the Court did not condition this deadline upon a ruling on the Motion for Summary Disposition.

11. On November 1, 2012, the Court docketed Mr. Veale's fifth Motion to Extend Briefing Schedule, dated October 25, 2012. This motion indicated the sad news that Appellant David Veale had passed away. Mr. Veale's Motion to Extend Briefing Schedule of October 25, 2012 at ¶ 3. The Motion also indicated, again, that Mr. Veale would not file his brief until the Court ruled on the Motion for Summary Disposition. Id. at ¶¶ 1-2, 4.

12. On November 5, 2012, the Court granted Mr. Veale's fifth Motion to Extend Briefing Schedule, setting the new due date for Mr. Veale's brief as December 3, 2012. The Court did not indicate that this deadline was contingent upon a ruling on the Motion for Summary Disposition.

13. On December 4, 2012, the Court docketed Mr. Veale's sixth Motion to Extend Briefing Schedule, dated November 30, 2012. This motion stated, understandably, that Scott Veale was still grieving over the loss of his brother, David Veale. Mr. Veale's Motion to Extend Briefing Schedule of November 30, 2012, at ¶ 3. The Motion once again,

however, indicated that Mr. Veale treated a ruling on the Motion for Summary Disposition as a prerequisite to filing his brief. Id. at ¶¶ 1-2, 4.

14. That same day, the Court granted Mr. Veale's sixth Motion to Extend Briefing Schedule, granting an extension of time until January 7, 2013, for Mr. Veale to file his brief. Again, the Court did not condition this deadline upon a ruling on the Motion for Summary Disposition.

15. On January 3, 2013, Mr. Veale filed his seventh Motion to Extend Briefing Schedule. Mr. Veale again stated that he would not file his brief until the Court rules upon the Motion for Summary Disposition. Mr. Veale's Motion to Extend Briefing Schedule of January 3, 2013 at ¶¶ 1-2, 4.

## II.    Mr. Veale's Seventh Request for an Extension Fails to Establish the Requisite "Good Cause"

16. Mr. Veale has failed to establish the requisite "good cause" required for extensions of time by this Court. Mr. Veale's primary argument seems to be that this appeal cannot move forward until this Court rules on the pending Motion for Summary Disposition.

17. Motions for Summary Disposition are governed by First Circuit Local Rule 27.0(c). There is no indication in that rule that the filing of such a Motion for Summary Disposition operates to stay the appeal or otherwise delay the appellate proceedings.

18. The Court has not otherwise indicated that the appeal is stayed. When granting Mr. Veale's repeated requests for extensions until after a ruling on the Motion for Summary Disposition, the Court has instead ordered that "the time for Appellant Scott W. Veale to file a brief be enlarged," without making the deadline contingent upon any rulings from the Court.

19. In addition, Mr. Veale's most recent Motion to Extend Briefing Schedule marks the seventh time he has requested an extension. By any measure, this is an excessive number of requests.  VESCONE, and the other parties to this appeal, should not be compelled to wait indefinitely while Mr. Veale requests extension after extension.

20. The Court itself has indicated that Mr. Veale's requests have become excessive, stating in July that it was "disinclined" to grant further requests for extensions.  While unforeseeable and unfortunate intervening events have necessitated further extensions, VESCONE submits that it is now appropriate for the Court to require Mr. Veale to file his brief.

21. VESCONE understands that Mr. Veale has been through difficult times with the passing of his brother, and is not unsympathetic. To that end, VESCONE asks that the Court grant Mr. Veale the requested extension to February 11, 2013, but also that the Court instruct Mr. Veale that no further extensions will be granted and that he must file his brief on or before February 11, 2013, whether or not this Court rules on the Motion for Summary Disposition.

22. No memorandum of law is attached as all authority has been cited within this Opposition.

WHEREFORE, the Veterinary Emergency & Specialty Center of New England respectfully requests that this Court:

A.  Deny Mr. Veales's seventh Motion to Extend Briefing Schedule insofar as it purports to make the deadline for filing Mr. Veale's brief contingent upon a ruling on the Motion for Summary Disposition;

B.  Order Mr. Veale to file his brief on or before the expiration of the requested extension period on February 11, 2013, whether or not the Court rules on the Motion for Summary Disposition; and

C.  Grant any other relief that justice requires.


January 9, 2013                           /s/ *Richard S. Loftus*_____
                                          Richard S. Loftus (#19336)
                                          Kotin, Crabtree & Strong, LLP
                                          One Bowdoin Square
                                          Boston, MA  02114
                                          617-227-7031


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was sent to all parties of record this 9th day of January, 2012.

***Electronically***

James D. Gleason
Gleason Law Office PLLC
P.O. Box 4300
Henniker, NH 03242
(Counsel for Robert T. Furness, DVM and Appletree Animal Hospital)

Wilfred J. Desmarais, Jr.
Desmarais Ewing & Johnston PLLC
175 Canal Street
Manchester, NH 03101
(Counsel for Capital Area Veterinary Emergency Center)

Mark E. Howard
Howard & Ruoff, PLLC
1850 Elm Street
Manchester, NH 03104
(Counsel for Capital Area Veterinary Emergency Center)

John L. Kerr
Kerr Legal Group, LLC
100 Grandview Road, Suite 302
Braintree, MA 02184
(Counsel for Capital Area Veterinary Emergency Center)

Jonathan M. Shirley
Devine Millimet & Branch PA (Manchester)
111 Amherst Street
Manchester, NH 03101
(Counsel for Dr. Steven Angel)

Michael Magerer
Michael Magerer & Associates, P.C.
109 Highland Avenue
Needham, MA 02494
(Counsel for Angell Animal Medical Center and Dr. Megan Sullivan)

Jay M. Niederman
Niederman Stanzel & Lindsey
55 West Webster Street
Manchester, NH 03104
(Counsel for Angell Animal Medical Center and Dr. Megan Sullivan)

Russell F. Hilliard
Upton & Hatfield LLP (Portsmouth)
159 Middle Street
Portsmouth, NH 03801
(Counsel for Animal Medical Center)

Ralph Suozzo
Morrison Mahoney LLP
2 Wall Street

Manchester, NH 03101
(Counsel for Emergency Veterinary Clinic of the Seacoast)

Mark A. Darling
Litchfield Cavo (MA)
6 Kimball Lane, Ste. 200
Lynnfield, MA 01940
781 309-1500
(Counsel for Veterinary Emergency Center of Manchester)

Molly J. Brown
Boyle, Shaughnessy & Campo PC (NH)
650 Elm Street, Ste. 303
Manchester, NH 03101
(Counsel for New England Veterinary Oncology Group, LLC and Dr. Jeff Phillibert)

Michael P. Johnson
Boyle, Shaughnessy & Campo PC (NH)
650 Elm Street, Ste. 303
Manchester, NH 03101
(Counsel for New England Veterinary Oncology Group, LLC and Dr. Jeff Phillibert)

Alan D. Rose
Rose, Chinitz & Rose
1 Beacon Street, 4th Floor
Boston, MA 02108
(Counsel for Dr. Steven Rowell and Tufts University)


**_By U.S. First Class Mail_**

David T. Veale
P.O. Box 1482
Brattleboro, VT 05302

Scott W. Veale
443 North Bennington Road
Bennington, NH 03442

Windham Veterinary Clinic
687 Putney Road
Brattleboro, VT 05301

_/s/ Richard S. Loftus_
Richard S. Loftus