# United States Court of Appeals
## For the First Circuit

No. 12-1439

DAVID T. VEALE, agent for deceased canine Elsie Veale;
SCOTT W. VEALE, agent for deceased canine Elsie Veale

Plaintiffs - Appellants

v.

DR. ROBERT T. FURNESS; APPLE TREE ANIMAL HOSPITAL;
TUFTS UNIVERSITY; WINDHAM VETERINARY CLINIC;
ANGELL ANIMAL MEDICAL CENTER, a/k/a AAMC; DR. MEGAN SULLIVAN;
NEW ENGLAND VETERINARY ONCOLOGY GROUP, L.L.C., a/k.a N.E.V.O.G.;
ANIMAL MEDICAL CENTER, a/k/a AMC;
VETERINARY EMERGENCY SPECIALTY CENTER
OF NEW ENGLAND, a/k/a V.E.S.C.O.N.E.;
VETERINARY EMERGENCY CENTER OF MANCHESTER, a/k/a V.E.C.M.;
CAPITAL AREA VETERINARY EMERGENCY CENTER, a/k/a C.A.V.C.E.;
EMERGENCY VETERINARY CLINIC OF THE SEACOAST, a/k/a E.V.C.S.;
STEVEN ROWELL; STEPHEN ANGEL; DR. JEFF PHILIBERT;
UNNAMED DEFENDANTS

Defendants - Appellees

---

**ORDER OF COURT**

Entered:  January 16, 2013

Appellant Scoot Veale's opposed motion for an extension of time to file appellant's opening brief 30 days following the court's ruling on the motion for summary disposition is allowed. Appellant's brief shall be filed within 30 days of the disposition of the motion for summary disposition in the event that the motion is denied. No further extensions of this deadline should be sought or expected.

By the Court:

/s/ Margaret Carter, Clerk

cc:
David T. Veale
Scott W. Veale
James D. Gleason
Alan D. Rose, Sr.
Michael Magerer
Jay M. Niederman
Molly J. Brown
Michael Patrick Johnson
Russell F. Hilliard
Richard S. Loftus, Jr.
Mark A. Darling
Wilfred J. Desmarais, Jr.
Mark E. Howard
John L. Kerr
Ralph Suozzo
Jonathan Michael Shirley