UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

Scott W. Veale, et al.

v.                                                                                          Civil Action No. 12-1439

Robert T. Furness, et al.

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. App. P. 42(b), the parties hereto hereby stipulate with regard to the above captioned matter that the claims Plaintiff-Appellant Scott W. Veale, has asserted against Capital Area Veterinary Emergency Center,[1] improperly named, whether asserted in his individual capacity or his alleged capacity as agent of deceased canine Elsie Veale, may be dismissed with prejudice, no attorneys' fees, no costs for either side, all appeals waived.

Dated: 2/5/13                                                By: _____
                                                             Scott Veale, Pro Se
                                                             Individually and as Alleged Agent of
                                                             Deceased Canine Elsie Veale
                                                             PO Box 1886
                                                             Hillsboro, NH 03244
                                                             (603) 464-9005

Dated: 2/5/13                                                By: _____
                                                             Fred J. Desmarais, Esquire
                                                             Attorney for Capital Area Veterinary
                                                             Emergency Center
                                                             1st Circuit Bar No. 70154
                                                             Desmarais, Ewing & Johnston, PLLC
                                                             175 Canal Street
                                                             Manchester, NH  03101
                                                             (603) 623-5524
                                                             desmaraisf@dejlawfirm.com

---

[1] In course of this litigation, Plaintiff-Appellant has also referred to Capital Area Veterinary Emergency Center, improperly named, in other manners including: "C.A.V.C.E.-Concord, NH", "CAVEC"; "CAVES", and "Capitol Area Veterinary Emergency Services, of Concord, NH". The Defendant-Appellee's proper name is Capital Area Veterinary Emergency Service, LLC.

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was this day 6th day of February 2013 served electronically through ECF on the following:

Molly J. Brown, Esquire
Mark A. Darling, Esquire
James D. Gleason, Esquire
Russell F. Hilliard, Esquire
Mark E. Howard, Esquire
Michael Patrick Johnson, Esquire
John L. Kerr, Esquire
Richard S. Loftus, Jr., Esquire
Michael Magerer, Esquire
Jay M. Niederman, Esquire
Alan D. Rose, Sr., Esquire
Jonathan Michael Shirley, Esquire
Ralph Suozzo, Esquire


    I hereby certify that a copy of the foregoing was on this 6th day of February 2013 served by First Class U.S. Mail, Postage Prepaid, on the following:

David T. Veale
PO Box 1482
Brattleboro, VT 05302

Scott W. Veale
P.O. Box 1886
Hillsboro, NH 03244

_____
Fred J. Desmarais