# United States Court of Appeals
## For the First Circuit

No. 12-1439

DAVID T. VEALE, agent for deceased canine Elsie Veale;
SCOTT W. VEALE, agent for deceased canine Elsie Veale

Plaintiffs - Appellants

v.

DR. ROBERT T. FURNESS; APPLE TREE ANIMAL HOSPITAL;
TUFTS UNIVERSITY; WINDHAM VETERINARY CLINIC;
ANGELL ANIMAL MEDICAL CENTER, a/k/a AAMC;
DR. MEGAN SULLIVAN;
NEW ENGLAND VETERINARY ONCOLOGY GROUP, L.L.C., a/k.a N.E.V.O.G.;
ANIMAL MEDICAL CENTER, a/k/a AMC;
VETERINARY EMERGENCY SPECIALTY CENTER OF NEW ENGLAND,
a/k/a V.E.S.C.O.N.E.;
VETERINARY EMERGENCY CENTER OF MANCHESTER, a/k/a V.E.C.M.;
CAPITAL AREA VETERINARY EMERGENCY CENTER,  a/k/a C.A.V.C.E.;
EMERGENCY VETERINARY CLINIC OF THE SEACOAST, a/k/a E.V.C.S.;
STEVEN ROWELL; STEPHEN ANGEL; DR. JEFF PHILIBERT;
UNNAMED DEFENDANTS

Defendants - Appellees

_____

**ORDER OF COURT**

Entered:  February 11, 2013
Pursuant to 1st Cir. R. 27.0(d)

     Upon consideration of the stipulation of dismissal by plaintiff-appellant Scott W. Veale and defendant-appellee Capital Area Veterinary Emergency Center, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with respect to defendant-appellee Capital Area Veterinary Emergency Center only, with each party to bear its own costs.  Nothing in this order should be construed to affect the remaining parties to the appeal, which remains pending.

     All future filings should reflect the revised caption, as follows:

DAVID T. VEALE, agent for deceased canine Elsie Veale;
SCOTT W. VEALE, agent for deceased canine Elsie Veale

Plaintiffs - Appellants

v.

DR. ROBERT T. FURNESS; APPLE TREE ANIMAL HOSPITAL;
TUFTS UNIVERSITY; WINDHAM VETERINARY CLINIC;
ANGELL ANIMAL MEDICAL CENTER, a/k/a AAMC; DR. MEGAN SULLIVAN;
NEW ENGLAND VETERINARY ONCOLOGY GROUP, L.L.C., a/k.a N.E.V.O.G.;
ANIMAL MEDICAL CENTER, a/k/a AMC;
VETERINARY EMERGENCY SPECIALTY CENTER OF NEW ENGLAND,
a/k/a V.E.S.C.O.N.E.;
VETERINARY EMERGENCY CENTER OF MANCHESTER, a/k/a V.E.C.M.;
CAPITAL AREA VETERINARY EMERGENCY CENTER, a/k/a C.A.V.C.E.;
EMERGENCY VETERINARY CLINIC OF THE SEACOAST, a/k/a E.V.C.S.;
STEVEN ROWELL; STEPHEN ANGEL;
DR. JEFF PHILIBERT; UNNAMED DEFENDANTS

Defendants - Appellees

CAPITAL AREA VETERINARY EMERGENCY CENTER,
a/k/a C.A.V.C.E.

Defendant

By the Court:

/s/ Margaret Carter, Clerk

cc:
David T. Veale
Scott W. Veale
James D. Gleason
Alan D. Rose, Sr.
Michael Magerer
Jay M. Niederman
Molly J. Brown
Michael Patrick Johnson
Russell F. Hilliard

Richard S. Loftus, Jr.
Mark A. Darling
Wilfred J. Desmarais, Jr.
Mark E. Howard
John L. Kerr
Ralph Suozzo
Jonathan Michael Shirley